No. 25-6813

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

EMALEE WAGONER,

*Plaintiff-Appellee*,

v.

JENNIFER WINKELMAN,

*Defendant-Appellant.*

On Appeal from the United States District Court for the
District of Alaska, No. 3:18-cv-00211 (Scoble, J.)

## EXCERPTS OF RECORD
## INDEX VOLUME

J. Michael Connolly
Jeffrey M. Harris
Rachael C.T. Wyrick
Ryan M. Proctor
Marie E. Sayer
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
jeff@consovoymccarthy.com
rachael@consovoymccarthy.com
ryan@consovoymccarthy.com
mari@consovoymccarthy.com

STEPHEN J. COX
 ATTORNEY GENERAL

Jenna Lorence
 *Solicitor General*
Jessica M. Alloway
 *Deputy Solicitor General*
ALASKA OFFICE OF THE
ATTORNEY GENERAL
DEPARTMENT OF LAW
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 269-7938
jenna.lorence@alaska.gov
jessie.alloway@alaska.gov

March 18, 2026

*Counsel for Defendant-Appellant Jennifer Winkelman*

**INDEX**

| Dkt. | Date | Document Description | ER No. |
|---|---|---|---|
| **VOLUME I** | | | |
| 380 | 01.08.2026 | Corrected Order Granting Declarative and Injunctive Relief | 1-ER-2 |
| 368 | 09.29.2026 | Final Judgment | 1-ER-6 |
| 367 | 09.26.2025 | Order Granting Declarative and Injunctive Relief | 1-ER-7 |
| 366 | 09.26.2025 | Findings of Fact and Conclusions of Law | 1-ER-11 |
| **VOLUME II** | | | |
| 342 | 05.12.2025 | Second Amended Transcript Trial Day 1 A.M. | 2-ER-59 |
| 349 | 05.12.2025 | Amended Transcript Trial Day 1 P.M. | 2-ER-143 |
| 350 | 05.13.2025 | Amended Transcript Trial Day 2 A.M. | 2-ER-260 |
| **VOLUME III** | | | |
| 343 | 05.13.2025 | Second Amended Transcript Trial Day 2 P.M. | 3-ER-345 |
| 351 | 05.14.2025 | Amended Transcript Trial Day 3 A.M. | 3-ER-484 |
| **VOLUME IV** | | | |
| 344 | 05.14.2025 | Second Amended Transcript Trial Day 3 P.M. | 4-ER-578 |
| 345 | 05.15.2025 | Amended Transcript Trial Day 4 A.M. | 4-ER-704 |
| **VOLUME V** | | | |
| 352 | 05.15.2025 | Amended Transcript Trial Day 4 P.M. | 5-ER-828 |
| 353 | 05.16.2025 | Amended Transcript Trial Day 5 A.M. | 5-ER-950 |

| | | **VOLUME VI** | |
|---|---|---|---|
| 346 | 05.16.2025 | Amended Transcript Trial Day 5 P.M. | 6-ER-1084 |
| 340 | 05.22.2025 | Amended Plaintiff's Exhibit List | 6-ER-1170 |
| -- | 05.13.2025 | Ex. 1015: Plaintiff's 2016 RFI regarding gender dysphoria | 6-ER-1177 |
| -- | 05.13.2025 | Ex. 1017: Plaintiff's 2016 grievance regarding gender dysphoria | 6-ER-1178 |
| -- | 05.13.2025 | Ex. 1019: Outcome of 2016 grievance | 6-ER-1181 |
| -- | 05.13.2025 | Ex. 1020: 2016 consultation with psychiatrist | 6-ER-1182 |
| -- | 05.13.2025 | Ex. 1022: Rutherford response to 2016 grievance | 6-ER-1183 |
| -- | 05.13.2025 | Ex. 1024: Notes from visit with outside psychiatrist Reed | 6-ER-1184 |
| -- | 05.13.2025 | Ex. 1042: Dr. Simerville patient notes | 6-ER-1190 |
| -- | 05.14.2025 | Ex. 1057: Dr. Samuelson patient notes | 6-ER-1195 |
| -- | 05.15.2025 | Ex. 1093: Excerpt of DSM V | 6-ER-1348 |
| -- | 05.13.2025 | Ex. 1125: Patient Note September 23, 2022 | 6-ER-1349 |
| | | **VOLUME VII** | |
| 341 | 05.22.2025 | Amended Defendant's Exhibit List | 7-ER-1352 |
| -- | 05.14.2025 | Ex. 2003: Certificate of name change | 7-ER-1357 |
| -- | 05.13.2025 | Ex. 2004: notes from first ER visit | 7-ER-1358 |
| -- | 05.13.2025 | Ex. 2007: Transcript of Plaintiff's phone call | 7-ER-1369 |
| -- | 05.14.2025 | Ex. 2013: Transcript of Plaintiff's phone call | 7-ER-1392 |

| | | | |
|---|---|---|---|
| -- | 05.13.2025 | Ex. 2018: Hospital notes from second ER visit | 7-ER-1415 |
| -- | 05.13.2025 | Ex. 2019: Report of disciplinary decision 2017 | 7-ER-1423 |
| -- | 05.14.2025 | Ex. 2021: DOC Policies & Procedures for Treatment of Gender Dysphoria 2022 | 7-ER-1431 |
| -- | 05.14.2025 | Ex. 2022: DOC Policies & Procedures for Access to Health Care Services | 7-ER-1437 |
| -- | 05.14.2025 | Ex. 2023: DOC Gender Dysphoria Clinical Care Guide July 2022 | 7-ER-1443 |
| -- | 05.14.2025 | Ex. 2024: DOC Gender Dysphoria Clinical Care Guide October 2020 | 7-ER-1455 |
| -- | 05.14.2025 | Ex. 2025: DOC Gender Dysphoria Clinical Care Guide September 2018 | 7-ER-1467 |
| -- | 05.14.2025 | Ex. 2026: DOC Gender Dysphoria Clinical Care Guide March 2018 | 7-ER-1479 |
| -- | 05.14.2025 | Ex. 2027: DOC Gender Dysphoria Clinical Care Guide July 2017 | 7-ER-1491 |
| -- | 05.14.2025 | Ex. 2030: Plaintiff's 2018 RFI | 7-ER-1500 |
| -- | 05.14.2025 | Ex. 2031: Plaintiff's 2018 RFI | 7-ER-1503 |
| -- | 05.14.2025 | Ex. 2032: Plaintiff's 2023 grievance | 7-ER-1506 |
| -- | 05.14.2025 | Ex. 2033: Plaintiff's 2021 RFI | 7-ER-1510 |
| -- | 05.15.2025 | Ex. 2038: MAC decision November 7, 2022 | 7-ER-1513 |
| -- | 05.13.2025 | Ex. 2042: Dr. Lund patient notes | 7-ER-1561 |
| -- | 05.15.2025 | Ex. 2043: MAC decision August 22, 2022 | 7-ER-1565 |
| -- | 05.14.2025 | Ex. 2045: MAC decision October 23, 2023 | 7-ER-1566 |

| | | | |
|---|---|---|---|
| -- | 05.15.2025 | Ex. 2047: GDMC meeting minutes February 8, 2023 | 7-ER-1567 |
| -- | 05.15.2025 | Ex. 2048: GDMC meeting minutes June 15, 2023 | 7-ER-1570 |
| -- | 05.15.2025 | Ex. 2049: GDMC meeting minutes September 19, 2023 | 7-ER-1573 |
| -- | 05.15.2025 | Ex. 2050: GDMC meeting minutes March 14, 2024 | 7-ER-1576 |
| -- | 05.15.2025 | Ex. 2051: GDMC meeting minutes June 13, 2024 | 7-ER-1579 |
| -- | 05.14.2025 | Ex. 2052: MAC progress note from GDMC | 7-ER-1582 |
| -- | 05.15.2025 | Ex. 2054: DOC Behavioral Health notes | 7-ER-1583 |
| -- | 05.14.2025 | Ex. 2056: Report of disciplinary decision 2021 | 7-ER-1601 |
| -- | 05.14.2025 | Ex. 2058: Psychiatrist notes 2019 | 7-ER-1638 |
| **VOLUME VIII** | | | |
| -- | 05.14.2025 | Ex. 2060: Plaintiff's RFIs | 8-ER-1646 |
| -- | 05.14.2025 | Ex. 2081: MHC progress note 2024 | 8-ER-1656 |
| -- | 05.14.2025 | Ex. 2082: Mental health evaluation 2024 | 8-ER-1657 |
| -- | 05.14.2025 | Ex. 2085: Wagoner letters to Dr. Samuelson | 8-ER-1665 |
| -- | 05.13.2025 | Ex. 2086: Cecelia Dhejne, et al., *Long-Term Follow-Up of Transexual Persons Undergoing Sex Reassignment Surgery*, PLoS ONE, Feb. 22, 2011. | 8-ER-1668 |
| -- | 05.13.2025 | Ex. 2087: Joshua E. Lewis, et al., *Examining gender-specific mental health risks after gender-affirming surgery*, J. Sexual Medicine, Feb. 25, 2025. | 8-ER-1676 |

| | | | |
|---|---|---|---|
| -- | 05.15.2025 | Ex. 2105: Mental health patient notes | 8-ER-1683 |
| -- | 05.16.2025 | Ex. 2107: Dr. Boyd CV | 8-ER-1718 |
| 287 | 04.25.25 | Order Striking Demand of Monetary Damages | 8-ER-1733 |
| 122-1 | 03.27.2023 | Plaintiff's Second Amended Complaint | 8-ER-1741 |
| 117-7 | 02.23.2023 | Judgment in *State v. Cancel*, 3PA-11-01628CR (Alaska Sup. Ct. 2015) | 8-ER-1764 |
| 1 | 09.18.2018 | Plaintiff's Original Complaint | 8-ER-1774 |
| 382 | 01.14.2026 | Amended Notice of Appeal | 8-ER-1783 |
| 371 | 10.23.2025 | Notice of Appeal | 8-ER-1785 |
| -- | -- | District Court Docket Sheet | 8-ER-1790 |