No. 25-6813

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

EMALEE R. WAGONER,

Plaintiff-Appellee

v.

JENNIFER WINKELMAN, Commissioner of Alaska Department of Corrections,

Defendant-Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

MOTION OF THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(8), the United States respectfully seeks permission to participate in oral argument of this appeal for five minutes ceded by defendant-appellant. In support of this motion, the United States provides as follows:

1. On March 25, 2026, the United States filed its brief as amicus curiae supporting defendant-appellant pursuant to Federal Rule of Appellate Procedure 29(a)(2).
2. On September 29, 2026, this Court tentatively scheduled this case for oral argument during the week of February 9-12, 2026.

3. This appeal concerns the scope of the Eighth Amendment and its application to requests by trans-identifying individuals for medical intervention supporting to support their desire to "transition" from one sex to another.

4. The United States filed a brief as amicus curiae supporting defendant-appellant because of the federal government's interests in the application of a correct standard for evaluating constitutional rights of incarcerated trans-identifying individuals, as well as clarifying the obligations of state and federal correctional institutions with respect to such individuals. The United States believes that its participation at oral argument in this matter will be helpful to the Court.

5. Counsel for defendant-appellant consents to this motion and has agreed to cede 5 minutes of defendant-appellant's oral argument time to the United States if this motion is granted. Counsel for plaintiff-appellee consents to the motion, provided that United States does not present a rebuttal argument and that the defendant-appellant's argument time is not enlarged as a consequence of United States' participation. The United States agrees to these conditions. As a consequence, the United States' participation in oral argument would not affect the overall time allotted for this case.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests leave to participate in oral argument on time ceded by defendant-appellant.

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

/s/ Gregory Dolin
GREGORY DOLIN, M.D.
Senior Counsel

ANDREW G. BRANIFF
Attorney
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 598-0243